ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                   )
                                       )
A-Vet Roofing & Construction, LLC     )     ASBCA No. 62318
                                         )
Under Contract No. N40085-16-C-7708     )

APPEARANCE FOR THE APPELLANT:         Mr. Bobby L. Gregory
                                                   President

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                Navy Chief Trial Attorney
                                                Colleen M. Shook, Esq.
                                                Trial Attorney

## ORDER OF DISMISSAL

The Board docketed this appeal on December 26, 2019. By motion received January 14, 2020, prior to filing its complaint, appellant requested to withdraw the appeal. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: January 28, 2020

JOHN J. THRASER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62318, Appeal of A-Vet Roofing & Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals